UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG COOPER, | CASE No. 1:11-cv-00544-AWI-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RULE 26 CONFERENCE |
| v. | (ECF No. 41) |
| SYNTHIA SELY, | |
| Defendant. | |

Plaintiff Craig Cooper is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed April 1, 2011 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

This matter proceeds on Plaintiff's denial of medical care and state law negligence claims against Defendant Sely, a Licensed Vocational Nurse ("LVN") at Pleasant Valley State Prison ("PVSP"). (ECF No. 9.) Defendant Sely filed her Answer on May 15, 2012. (ECF No. 13.) The discovery cut-off date is April 3, 2013. (ECF No. 37.) The dispositive motion deadline is June 11, 2013. (Id.) Plaintiff filed a Motion for Summary Judgment on April 5, 2013. (ECF No. 40.)

Now pending before the Court is Plaintiff's Motion for a conference pursuant to

-1-

Federal Rule of Civil Procedure 26. (ECF No. 41.)

Plaintiff's Motion is denied. Plaintiff is proceeding pro se as a state prisoner challenging his conditions of confinement. In such cases, the parties are relieved of the requirement for a Rule 26(f) conference. Fed. R. Civ. P. 26(f)(1).

Accordingly, for the reasons stated above, Plaintiff's Motion for a conference pursuant to Federal Rule of Civil Procedure 26 (ECF No. 41) is DENIED.

IT IS SO ORDERED.

Dated: April 18, 2013       /s/ *Michael J. Seng*
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE